IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

    Petitioner,               No. CIV S-08-2630 JAM KJM P

    vs.

SOLANO COUNTY SUPERIOR COURT, et al.,

    Respondents.          <u>ORDER</u>

        /

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 7, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2009, are adopted in full;

2. The motion to dismiss (docket no. 21) is granted;

3. The petitioner is granted thirty days after the adoption of these findings and recommendations in which to file an amended petition; and

4. The motion for summary judgment (docket no. 27) is denied without prejudice.

DATED: March 22, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE