IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

    Petitioner,                  No. CIV S 08-2630 JAM CKD P

    vs.

D.K. SISTO, et al.

    Respondents.            ORDER

_____/

      Petitioner is proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 15, 2011, respondents filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that within fourteen days petitioner file an opposition to respondents' pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: September 20, 2011

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

de
luu2630.146